## 26581. HORTON *v.* THE STATE.

MacINTYRE, J. The defendant was convicted of a violation of Code, §§ 26-7408, 26-7409, commonly called the "labor-contract law." After a careful reading of the brief of evidence, and of the decisions of this court and the Supreme Court construing the above sections, we are of the opinion that the verdict was not supported by the evidence, and therefore that the trial judge erred in overruling the motion for new trial.
*Judgment reversed. Broyles, C. J., and Guerry, J., concur.*
DECIDED MARCH 17, 1938.

*R. Earl Camp,* for plaintiff in error.
*Stanley A. Reese, solicitor,* contra.